# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br>vs.<br><br>Nam Van To (12),<br>aka Tommy<br><br>　　　　　　　　　　Defendant. | Case No. 07CR1312-JAH<br><br>JUDGMENT OF DISMISSAL |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☐ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☒ the Court has granted the motion of the Government for dismissal, without prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Indictment:

Count 2 – 18:371; 18:2; 18:1963, 982 – Conspiracy; Aiding and Abetting; Criminal Forfeiture.
Count 3 – 18:1956(h); 18:2; 18:1963, 982 – Conspiracy to Commit Money Laundering; Aiding and Abetting; Criminal Forfeiture.

Dated:　6/24/2024

　　　　　　　　　　　　　　　　　　Hon. John A. Houston
　　　　　　　　　　　　　　　　　　United States District Judge